United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| KEEZIO GROUP, | Case No. 23-cv-06288-NW |
| Plaintiff, | |
| v. | **CASE MANAGEMENT AND TRIAL SETTING ORDER – PATENT CASE** |
| SLUMBERPOD, LLC, | |
| Defendant. | |

Following the Case Management Conference held on April 1, 2025, IT IS ORDERED:

| **Scheduled Event** | **Deadline** |
| --- | --- |
| Deadline to Serve Infringement Contentions and Accompanying Production | April 21, 2025 |
| Deadline to Serve Invalidity Contentions and Accompanying Production | June 6, 2025 |
| Deadline to Exchange Proposed Terms for Construction | June 20, 2025 |
| Deadline to Exchange Preliminary Constructions and Extrinsic Evidence | July 10, 2025 |
| Deadline to Serve Damages Contentions | July 25, 2025 |
| Deadline to File a Joint Claim Construction and Prehearing Statement | August 5, 2025 |
| Deadline to Serve Responsive Damages Contentions | August 25, 2025 |

| | |
|---|---|
| Deadline to Complete Claim Construction Discovery | September 4, 2025 |
| Claim Construction Briefing | **Opening Claim Construction Brief:** September 19, 2025 |
| | **Claim Construction Response Brief:** October 3, 2025 |
| | **Claim Construction Reply Brief:** October 10, 2025 |
| Damages Contentions Meeting | October 17, 2025 |
| Technology Tutorial | Wednesday, October 29, 2025, at 9:00 a.m. |
| Claim Construction Hearing | Wednesday, November 12, 2025, at 9:00 a.m. |
| Close of Fact Discovery | January 30, 2026 |
| Opening Expert Reports | February 27, 2026 |
| Rebuttal Expert Reports | March 27, 2026 |
| Close of Expert Discovery | April 17, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: Friday, May 8, 2026 |
| | **Responses**: Friday, May 22, 2026 |
| | **Replies**: Friday, May 29, 2026 |
| Hearing on Dispositive and *Daubert* Motions | Wednesday, July 1, 2026 |
| Deadline to File Joint Pretrial Statement | August 19, 2026 |
| Final Pretrial Conference | Wednesday, September 2, 2026, at 2:00 p.m. |
| Trial | Monday, September 14, 2026, at 9:00 a.m. |
| Length of trial | 7 days<br><br>September 14, 2026<br>September 15, 2026<br>September 16, 2026<br>September 17, 2026<br>September 21, 2026<br>September 22, 2026<br>September 23, 2026 |

**IT IS SO ORDERED.**

Dated: April 4, 2025

_____
Noël Wise
United States District Judge