R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348
Attorneys for Plaintiff
Keezio Group, LLC

Dana J. Finberg (SBN 257459)
dfinberg@ohaganmeyer.com
James R. VanCamp Jr. (Pro Hac Vice)
jvancamp@ohaganmeyer.com
**O'HAGAN MEYER, PLLC**
1 Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902
F: (415) 578-6910Attorneys for Defendant
SlumberPod LLC

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Keezio Group, LLC,<br><br>       Plaintiff/Counterclaim Defendant,<br><br>       v.<br><br>SlumberPod LLC,<br><br>       Defendant/Counterclaim Plaintiff. | **Case No:** 5:23-cv-06288-NW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE MODIFICATION OF CASE MANAGEMENT AND TRIAL SETTING ORDER –**<br>**PATENT CASE [ECF NO. 56]**<br><br>**HON. NOËL WISE** |

TROJAN LAW OFFICES
BEVERLY HILLS

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Keezio Group, LLC ("Plaintiff") and Defendant SlumberPod LLC ("Defendant") (collectively, the "Parties"), by and through their counsel of record, respectfully submit this stipulation to amend the Case Management and Trial Setting Order (ECF No. 56) to extend certain dates by no more than two weeks.

WHEREAS, on April 4, 2025, the Court entered Case Management and Trial Setting Order (ECF No. 56) setting forth case deadlines as follows:

| Deadline | Date |
|---|---|
| Opening Expert Reports | February 27, 2026 |
| Rebuttal Expert Reports | March 27, 2026 |
| Close of Expert Discovery | April 17, 2026 |
| Deadline to File Dispositive Motions and Daubert Motions | Motions: Friday, May 8, 2026<br><br>Responses: Friday, May 22, 2026<br><br>Replies: Friday, May 29, 2026 |
| Hearing on Dispositive and Daubert Motions | Wednesday, July 1, 2026 |
| Deadline to File Joint Pretrial Statement | August 19, 2026 |
| Final Pretrial Conference | Wednesday, September 2, 2026, at 2:00 p.m. |
| Trial | Monday, September 14, 2026, at 9:00 a.m. |

WHEREAS, the Parties believe the following facts are relevant to the good cause requirement to support this stipulation to modify the scheduling order by no more than two weeks (the trial date remains the same under this stipulation):

1. On January 15, 2026, counsel for Defendant filed a Motion to Enforce Patent Local Rule 3-7 and Strike Advice of Counsel Defense (ECF No. 76) ("Motion to Strike");

2. On January 23, 2026, Plaintiff's prior counsel, Stuart J. West ("Mr. West"), filed an Emergency Motion to Stay and Be Relieved as Counsel (ECF No. 79);

-1-

TROJAN LAW OFFICES
BEVERLY HILLS

3. On January 29, 2026, Plaintiff filed its Opposition to the Motion to Strike and Motion to Extend Time to Respond to the Motion to Strike (ECF No. 91);

4. On February 4, 2026, the Court entered an order relieving Mr. West as counsel for Plaintiff and "STAY[ED] the case for two weeks until February 18, 2026," further providing: "All dates and deadlines after February 18, 2026, remain as set. Plaintiff's 74 motion for extension of time to complete discovery is GRANTED IN PART. Plaintiff is permitted only to complete the discovery that was requested prior to the January 30, 2026 close of fact discovery. The Parties are ordered to meet and confer regarding how to address any discovery deadlines and disputes." (ECF No. 95);

5. On February 9, 2026, Trojan Law Offices, P.C. ("TLO") filed its notice of appearance as new counsel for Plaintiff (ECF No. 96);

6. TLO requires additional time to prepare the case, including addressing the outstanding motion practice and discovery issues noted in the February 4, 2026 Order;

7. The Parties' counsel met and conferred by email on February 10, 2026, to discuss changes to the case schedule considering the foregoing circumstances;

8. The Parties have agreed to a short extension of approximately two weeks of certain existing deadlines without modifying the trial schedule;

9. The Parties have agreed that Plaintiff shall have until February 17, 2026, to file its opposition to Defendant's Motion to Strike, and Defendant's reply shall be due on February 24, 2026;

THEREFORE, the Parties stipulate that the existing case deadlines be modified as follows:

| Deadline | Old Date | New Date |
|---|---|---|
| Opposition to Motion to Strike [ECF No. 76] | N/A | February 17, 2026 |
| Reply in Support of Motion to Strike [ECF No. 76] | N/A | February 24, 2026 |

-2-

TROJAN LAW OFFICES
BEVERLY HILLS

| Opening Expert Reports | February 27, 2026 | March 27, 2026 |
|---|---|---|
| Rebuttal Expert Reports | March 27, 2026 | April 10, 2026 |
| Close of Expert Discovery | April 17, 2026 | May 1, 2026 |
| Deadline to File Dispositive Motions and Daubert Motions | Motions: May 8, 2026<br><br>Responses: May 22, 2026<br><br>Replies: May 29, 2026 | Motions: Friday, May 15, 2026<br><br>Responses: Friday, May 29, 2026<br><br>Replies: Friday, June 5, 2026 |
| Hearing on Dispositive and Daubert Motions | Wednesday, July 1, 2026 | No Change |
| Deadline to File Joint Pretrial Statement | August 19, 2026 | No Change |
| Final Pretrial Conference | Wednesday, September 2, 2026, at 2:00 p.m. | No Change |
| Trial | Monday, September 14, 2026, at 9:00 a.m. | No Change |

**IT IS SO STIPULATED.**

Respectfully submitted,

By:

Dated: February 11, 2026

/s/R. Joseph Trojan
R. Joseph Trojan, CA Bar 137,067
Dylan C. Dang, CA Bar 223,455
TROJAN LAW OFFICES, P.C.
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Christopher William Sweeney
Law Office of Christopher W. Sweeney
1300 Oliver Road
Ste 300
Fairfield, CA 94534
Email: cwslaw@comcast.net

**Attorneys for Plaintiff**

-3-

Dated: February 11, 2026

/s/ Dana J. Finberg
Dana J. Finberg (SBN 257459)
O'Hagan Meyer, PLLC
1 Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902
F: (415) 578-6910
dfinberg@ohaganmeyer.com

William A. McKenna (Pro Hac Vice)
Woodard, Emhardt, Henry,
Reeves & Wagner, LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
T: (317) 713-4974
F: (317) 637-7561
wmckenna@uspatent.com

James R. VanCamp Jr. (Pro Hac Vice)
O'Hagan Meyer, PLLC
1717 Arch Street, Suite 3910
Philadelphia, PA 19103
T: (215) 461-3341
F: (215) 461-3311
jvancamp@ohaganmeyer.com

**Attorneys for Defendant**

TROJAN LAW OFFICES
BEVERLY HILLS

-4-

Pursuant to the Parties' Stipulation, and good cause appearing, the Court orders that the following dates of the Case Management and Trial Setting Order and related deadlines be modified as follows:

| Deadline | New Date |
|---|---|
| Plaintiff's Opposition to Motion to Strike [ECF No. 76] | February 17, 2026 |
| Defendant's Reply in Support of Motion to Strike [ECF No. 76] | February 24, 2026 |
| Opening Expert Reports | March 27, 2026 |
| Rebuttal Expert Reports | April 10, 2026 |
| Close of Expert Discovery | May 1, 2026 |
| Deadline to File Dispositive Motions and Daubert Motions | Motions: Friday, May 15, 2026<br>Responses: Friday, May 29, 2026<br>Replies: Friday, June 5, 2026 |
| Hearing on Dispositive and Daubert Motions | No Change |
| Deadline to File Joint Pretrial Statement | No Change |
| Final Pretrial Conference | No Change |
| Trial | No Change |

**IT IS SO ORDERED.**

Dated:    February 12, 2026

HON. NOËL WISE
UNITED STATES DISTRICT JUDGE

TROJAN LAW OFFICES
BEVERLY HILLS