UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEZIO GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SLUMBERPOD LLC,<br><br>　　　　Defendant. | Case No.  26-mc-80107-LJC<br><br>**JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Noël Wise for consideration of whether the case is related to 23-cv-06288-NW.

　　　　**IT IS SO ORDERED.**

Dated: April 24, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California