R. Joseph Trojan, CA Bar No. 137,067
Trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
Dang@trojanlawoffices.com
Francis Z. Wong, CA Bar No. 284,946
Wong@trojanlawoffices.com
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Plaintiff
Keezio Group, LLC

TROJAN LAW OFFICES
BEVERLY HILLS

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Keezio Group, LLC,

      Plaintiff/Counterclaim Defendant,

      v.

SlumberPod LLC,

      Defendant/Counterclaim Plaintiff.

**Case No:** 5:23-cv-06288-NW

**SEALED DECLARATION OF R. JOSEPH TROJAN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL RE PLAINTIFF/COUNTERCLAIM DEFENDANT KEEZIO GROUP, LLC'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT SLUMBERPOD LLC'S MOTION FOR SUMMARY JUDGMENT**

HON. NOËL WISE

I, R. Joseph Trojan, hereby declare and state that:

1.    I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Northern District of California.  I am the owner of Trojan Law Offices, P.C., the attorneys of record for Plaintiff/Counterclaim-Defendant Keezio Group, LLC ("Keezio").  I have personal knowledge of the facts stated herein.  If called upon to do so, I could and would competently testify that:

2.    I submit this declaration in support of Keezio's Adminstration Motino for Leave to File Under Seal (the "Application"), which seeks leave to file under seal: portions of memorandum in support of the Cross-Motion, portions of the Separate Statement of Disputed and Additional Facts in Support of the Cross-Motion, the **Exhibits 12-15** to the Declaration of R. Joseph Trojan in Support of the Cross-Motion ("Supporting Financial Information").

3.    The Supporting Financial Information is comprised of the following:

a.    **Exhibit 12**: SlumberPod's expert report of Mark Gallagher on damages. "Attorney's Eyes Only" designation by counsel for SlumberPod;

b.    **Exhibit 13:** Excerpts from the deposition transcript of Mark Gallagher. "Attorney's Eyes Only" designation by counsel for SlumberPod;

c.    **Exhibit 14**: Keezio's Rebuttal expert report of Minh Doan on damages. "Attorney's Eyes Only" designation by counsel for Keezio;

d.    **Exhibit 15:** SlumberPod LLC's Patent Local Rule 3-8 Damages Contentions.  "Attorney's Eyes Only" designation by counsel for SlumberPod; and,

e.    Portions of the Keezio's brief and separate statement in support of the Cross-Motion refer or quote directly form the above documents.

4.    The Supporting Financial Documents contain pricing information, including the per-unit prices and costs for the products at issue in the instant patent litigation from both parties.

-1-

5.    Public disclosure of this pricing data would cause competitive harm to Plaintiff. Specifically, it would allow competitors to: (a) identify which of Plaintiff's product lines generate the most revenue and are therefore the most attractive targets for copying or undercutting; (b) calculate Plaintiff's profit margins by comparing the wholesale prices on the invoices with publicly available information about raw material costs; and (c) calibrate their own pricing to undercut Plaintiff with precision rather than relying on estimates.

6.    There is no less restrictive alternative to sealing the financial information at issue. The material sought to be sealed consists of non-public financial information, including revenue, sales, profit, cost, pricing, margin, customer, and/or business-performance data. Disclosure of that information—even in redacted or partial form—would reveal competitively sensitive information concerning the parties' financial condition, business strategy, market position, and commercial performance. Competitors, customers, suppliers, and other market participants could use that information to assess pricing flexibility, profit margins, sales trends, negotiation leverage, product performance, and competitive vulnerabilities.

7.    Attached hereto as **Exhibit A** are true and correct copies of the unredacted versions of the Supporting Financial Information.

8.    Pursuant to the Court's Standing Order, the documents requested to be sealed are as follows:

| ECF No. | Document Title | Portion to be Sealed | Basis for Sealing |
|---|---|---|---|
| **122** | PLAINTIFF/COUNTERCLAIM DEFENDANT KEEZIO GROUP, LLC'S NOTICE OF CROSS-MOTIONAND CROSS-MOTION FOR SUMMARY JUDGMENT/ADJUDICATION AND OPPOSITION TO DEFENDANT SLUMBERPOD LLC'S MOTION FOR SUMMARY JUDGMENT | 1. Page 16, lines 8-17; 2. Page 17, lines 10-24; 3. Page 18, lines 9-10, 25-27; | Contains financial information related to sales designated as highly confidential by both parties. |
| **123** | PLAINTIFF/COUNTERCLAIM | 1. Page 56, Fact 3 2. Page 57, Fact 2 3. Page 58, Fact 4 | Contains financial information related to sales designated |

TROJAN LAW OFFICES
BEVERLY HILLS

-2-

| | | | |
|---|---|---|---|
| | DEFENDANT SLUMBERPOD LLC'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT SLUMBERPOD LLC'S MOTION FOR SUMMARY JUDGMENT/ADJUDICATION | 4. Page 59, Fact 5 | as highly confidential by both parties. |
| 124-12 | Exhibit 12 – Damages Expert report of Mark Gallagher | Entire Document | Contains financial information related to sales designated as highly confidential by SlumberPod LLC. |
| 124-13 | Exhibit 13 - Excerpts from the deposition transcript of Mark Gallagher | Entire Document | Contains financial information related to sales designated as highly confidential by SlumberPod LLC. |
| 124-14 | Exhibit 14 - Rebuttal expert report of Minh Doan on damages | Entire Document | Contains financial information related to sales designated as highly confidential by Keezio Group, LLC. |
| 124-15 | Exhibit 15 - SlumberPod LLC's Patent Local Rule 3-8 Damages Contentions | Entire Document | Contains financial information related to sales designated as highly confidential by SlumberPod LLC. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of May, 2026 in Beverly Hills, California.

-3-

TROJAN LAW OFFICES
BEVERLY HILLS

/s/R. Joseph Trojan
R. Joseph Trojan

TROJAN LAW OFFICES
BEVERLY HILLS

-4-