

R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348
Attorneys for Plaintiff
Keezio Group, LLC


Dana J. Finberg (SBN 257459)
dfinberg@ohaganmeyer.com
James R. VanCamp Jr. (Pro Hac Vice)
jvancamp@ohaganmeyer.com
**O'HAGAN MEYER, PLLC**
1 Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902
F: (415) 578-6910Attorneys for Defendant
SlumberPod LLC

TROJAN LAW OFFICES
BEVERLY HILLS

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keezio Group, LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>SlumberPod LLC,<br><br>Defendant/Counterclaim Plaintiff. | **Case No:** 5:23-cv-06288-NW<br><br>**STIPULATION AND [PROPOSED] ORDER RE REQUEST TO APPEAR REMOTELY VIA ZOOM AT STATUS CONFERENCE RE: TRIAL READINESS SET FOR AUGUST 4, 2026**<br><br>**HON. NOËL WISE** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Keezio Group, LLC ("Plaintiff") and Defendant SlumberPod LLC ("Defendant") (collectively, the "Parties"), by and through their counsel of record, respectfully submit this stipulation to appear remotely via Zoom for the Status Conference RE: Trial Readiness set for August 4, 2026 at 2:00 p.m. (Dkt. 144).

WHEREAS, pursuant to Civil Local Rule 7-11 and the Court's Standing Order for Civil Cases, counsel must obtain leave of Court to appear remotely at a hearing;

WHEREAS, Section F of the Court's Standing Order for Civil Cases provides that the Trial Readiness Conference ordinarily occurs in conjunction with the hearings on dispositive and Daubert motions;

WHEREAS, good cause exists to permit counsel to appear remotely at the Trial Readiness Conference because no dispositive or Daubert motions remain pending, those matters having been resolved by the Court's July 2, 2026 Order (Dkt. 145);

WHEREFORE, Keezio respectfully requests that the Court grant this Administrative Motion and permit the parties' counsel to appear remotely via Zoom at the August 4, 2026 status conference.

**IT IS SO STIPULATED.**

Respectfully submitted,

By:

Dated: July 28, 2026

/s/R. Joseph Trojan
R. Joseph Trojan, CA Bar 137,067
Dylan C. Dang, CA Bar 223,455
TROJAN LAW OFFICES, P.C.
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348
**Attorneys for Plaintiff**

TROJAN LAW OFFICES
BEVERLY HILLS

-1-

Dated: July 28, 2026

/s/ Dana J. Finberg

Dana J. Finberg (SBN 257459)
O'Hagan Meyer, PLLC
1 Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902
F: (415) 578-6910
dfinberg@ohaganmeyer.com

William A. McKenna (Pro Hac Vice)
Woodard, Emhardt, Henry,
Reeves & Wagner, LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
T: (317) 713-4974
F: (317) 637-7561
wmckenna@uspatent.com

James R. VanCamp Jr. (Pro Hac Vice)
O'Hagan Meyer, PLLC
1717 Arch Street, Suite 3910
Philadelphia, PA 19103
T: (215) 461-3341
F: (215) 461-3311
jvancamp@ohaganmeyer.com

**Attorneys for Defendant**

TROJAN LAW OFFICES
BEVERLY HILLS

-2-

Pursuant to the Parties' Stipulation, and good cause appearing, the Court orders that the partie's counsel may appear for the August 4, 2026 status conference remotely.

**IT IS SO ORDERED.**

Dated: July 28, 2026



DENIED

Judge Noël Wise

HON. NOËL WISE
UNITED STATES DISTRICT JUDGE

TROJAN LAW OFFICES
BEVERLY HILLS

-3-